# Kriss & Feuerstein LLP

360 Lexington Avenue, New York, NY 10017

**BROOKLYN OFFICE**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 13 2020 ★

Michael V. Capellupo, Esq.
Phone: 212-661-2900 ex. 4187
Fax: 212-661-9397

January 27, 2020

*Via Electronic Filing*
Hon. Jack B. Weinstein, U.S.D.J.
Senior United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

[handwritten annotation: Renewal granted. I recuse myself from this case. So ordered. JWeinstein 2/11/2020]

Re:  133 Patchen Avenue Lender LLC v 133 Patchen Realty LLC, et. al.
     Case No. 19-cv-01095 [E.D.N.Y.]

Dear Judge Weinstein:

My office is counsel for plaintiff 133 Patchen Avenue Lender LLC ("*Plaintiff*") in the above-referenced matter.

On January 21, 2020, Plaintiff and defendants 133 Patchen Realty LLC and Theodore Feldheim (collectively, "*Defendants*") attended a discovery hearing (the "*Discovery Hearing*") held before Hon. Vera M. Scanlon, U.S.M.J. ("*Judge Scanlon*"). At the Discovery Hearing, Plaintiff requested permission to proceed with its motion for summary judgment which was filed on August 23, 2019 under Docket No. 41 (the "*Motion for Summary Judgment*"), and Judge Scanlon directed Plaintiff to file a letter request to the docket requesting the renewal of same on January 27, 2020. Plaintiff also timely complied with Judge Scanlon's directive to provide Defendants with the metadata associated with Plaintiff's prior document production, along with an affidavit of the email search criteria used, on January 24, 2020.

Accordingly, Plaintiff hereby respectfully requests the renewal of its previously filed Motion for Summary Judgment on the same papers filed on August 23, 2019 under Docket No. 41.

Thank you for Your Honor's attention and consideration to this matter.

Respectfully submitted,

Michael V. Capellupo



Cc: *Via Electronic Filing*
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

Joseph M. Claro PLLC
*Attorneys for defendants 133 Patchen Realty LLC and Theodore Feldheim*
Two Park Avenue, 20th Floor
New York, New York 10016

New York City Law Department
Office of the Corporation Counsel
*Attorneys for New York City Environmental Control Board*
100 Church Street
New York, New York 10007