VIA ECF

The Honorable LaShann DeArcy Hall
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 4H North
Brooklyn, New York 11201

February 14, 2020

Re:   *133 Patchen Avenue Lender, LLC v 133 Patchen Realty, LLC,*
      No. 1:19-cv-01095-LDH-VMS

Dear Honorable DeArcy Hall:

I have just received notice that the above referenced case is scheduled for a status conference on February 20, 2020.  Beginning today, I will be out of the country until March 3.  I have made attempts to contact opposing counsel, but they have refused to respond to my emails.

I respectfully request an adjournment of the status conference.  I am available on the following days: March 4, 5 and 9 in the afternoon and all day March 10, 13, 16, 24 and 30. Please let me know if any of these days are available to the Court.

Respectfully,

Joseph M. Claro