UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

133 PATCHEN AVENUE LENDER LLC,

       Plaintiff,

   -against-

133 PATCHEN REALTY LLC, THEODORE
FELDHEIM and THE NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

       Defendants.

-------------------------------------------------------------------------x

Case No. 19-cv-01095
(LDH-VMS)

**NOTICE OF SALE**

Foreclosure of:
**133 Patchen Avenue
Brooklyn, New York 11221
(Block 1648, Lot 4)**

Pursuant to a Judgment of Foreclosure and Sale signed and dated on March 15, 2021 and entered on March 15, 2021, I, the undersigned Referee will sell at public auction at the on the steps of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on Thursday the 20th day of May, 2021 at 10:00 A.M. premises known 133 Patchen Avenue, Brooklyn, NY 11221 as and described in Schedule A annexed hereto.

Approximate amount of lien $2,918,503.83, plus interest and costs.  Premises will be sold subject to provisions of filed judgment and terms of sale.

      Steven Cohn, Esq., as Referee

      Kriss & Feuerstein LLP
      *Attorneys for Plaintiff*
      360 Lexington Avenue, Suite 1200
      New York, New York 10017
      (212) 661-2900

## SCHEDULE "A"

### LEGAL DESCRIPTION

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Patchen Avenue, distant 73 feet 4 inches northerly from the corner formed by the intersection of the easterly side of Patchen Avenue with the northerly side of Putnam Avenue;

RUNNING THENCE easterly parallel with Putnam Avenue and part of the distance through a party wall 100 feet;

THENCE northerly parallel with Patchen Avenue, 26 feet 8 inches;

THENCE westerly parallel with Putnam Avenue, 100 feet to the easterly side of Patchen Avenue, and

THENCE southerly along the easterly side of Patchen Avenue, 26 feet 8 inches to the point or place of BEGINNING.

NOTE: Being District , Section , Block(s) 1648, Lot(s) 4, Tax Map of the Borough of Brooklyn, County of Kings.

NOTE: Lot and Block shown for informational purposes only.

NOTE: For informational purposes only, premises is known as 133 Patchen Avenue, Brooklyn NY, 11221.