UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

133 PATCHEN AVENUE LENDER LLC,

                Plaintiff,

-against-

133 PATCHEN REALTY LLC, THEODORE FELDHEIM and THE NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

                Defendants.
-----------------------------------------------------------------x

Case No. 19-cv-01095
(LDH-VMS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     }
                           } ss.:
COUNTY OF NEW YORK  }

I, Marcos Diaz, am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York. On April 12, 2021, I served a true copy of the annexed **Notice of Sale** by Regular, First Class Mail, by depositing same enclosed in a postpaid, properly addressed envelope, an official depository under the exclusive care and custody of the United States Post Office within the State of New York to the addressee(s) as indicated below:

Steven Cohn, Esq., *Referee*
Goldberg & Cohn, LLP
16 Court Street, Suite 2304
Brooklyn, NY 11241

New York City Law Department
Office of the Corporation Counsel
Holly Rachel Gerstenfeld, Esq.
*Attorneys for Defendant New York City Environmental Control Board*
100 Church Street
New York, New York 10007

Joseph M. Claro, Esq.
CLARO PLLC
*Attorneys for Defendants*
*133 Patchen Realty LLC and Theodore Fedlheim*
Two Park Avenue, 20th Floor
New York, New York 10016

                                                      _____
                                                      Marcos Diaz

Sworn to before me on this
12 day of April, 2021

_____
Notary Public

Cindy Lopez
Notary Public, State of New York
No. 01LO6103764
Qualified in Rockland County
Commission Expires 01-12-24